# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2450

_____

Terry Lee Ward

*Plaintiff - Appellant*

v.

Randy Watson, Warden, Varner Super Maximum Unit, ADC; Danny Burl,
Warden, Maximum Security Unit, ADC; C. Budnik, Varner Super Maximum Unit,
ADC; Bolden, Major, Varner Supermax, ADC; Stephens, Inmate Property Room
Supervisor, Varner Supermax, ADC; Brown, Sergeant, Varner Supermax, ADC; Does

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 1, 2019
Filed: November 6, 2019
[Unpublished]

_____

Before LOKEN, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Terry Ward appeals the district court's[1] preservice dismissal of some claims, and the adverse grant of summary judgment as to other claims in his pro se 42 U.S.C. § 1983 action, in which he alleged that defendants denied him access to the courts by denying him access to his legal materials while he was housed in punitive isolation, retaliated against him, and acted with deliberate indifference to his medical needs. Having carefully reviewed the record and the arguments on appeal, we conclude that the district court did not abuse its discretion in dismissing without prejudice claims other than the access-to-courts and retaliation claims against defendant Danny Burl. Strandlund v. Hawley, 532 F.3d 741, 745 (8th Cir. 2008) (standard of review). After de novo review, we also conclude that summary judgment was properly granted for the reasons stated by the district court. See Boude v. City of Raymore, 855 F.3d 930, 933 (8th Cir. 2017) (standard of review).

Accordingly, Ward's motion for relief is denied, and the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall, Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.